UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cr-00201-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JERMAINE CALVIN LOWERY,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the government's Motion to Seal Sentencing Memorandum. Having considered the government's motion and reviewed the pleadings, and having determined that such pleading contains sentencing materials subject to non-disclosure under L.Cr.R. 55.1(H), the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Seal Sentencing Memorandum (#49) is GRANTED, and the Sentencing Memorandum (#48) is SEALED.

Signed: June 16, 2016

*/s/ Max O. Cogburn Jr.*
Max O. Cogburn Jr.
United States District Judge